Decided September 18, 2003

## ELIZABETH HARRISON *v.* MUNIR HAMZI ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 77 Conn. App. 510 (AC 22499), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*George E. Mendillo,* in support of the petition.

*David J. Robertson,* in opposition.

Decided September 18, 2003